IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                                  1:08cr130WJG-RHW-3

TORENDA WHITMORE

O R D E R

THIS CAUSE is before the Court on motion [59] of Defendant Torenda Whitmore for reconsideration of the Court's order, (Ct. R., Doc. 57), denying a psychological examination by Dr. Beverly Smallwood, and ordering a psychological examination to be conducted by the Bureau of Prisons. Upon review of Defendant's motion to reconsider, the Court finds the motion should be granted to the extent that Defendant is entitled to independent evaluation pursuant to 18 U.S.C. § 3006A, and will allow the evaluation and approve the funding therefor, in addition to the previously ordered examination by the appropriate medical personnel employed by the Bureau of Prisons. It is therefore,

ORDERED that Defendant's motion [59] to reconsider be granted to the extent that Dr. Beverly Smallwood is authorized to do an independent evaluation of Defendant Torenda Whitmore. It is further,

ORDERED that the costs of the psychological evaluation of Defendant performed by Dr. Smallwood shall not exceed $1,600.00. It is further,

ORDERED that the evaluation of Defendant by Dr. Smallwood shall occur at Defendant's place of incarceration, and Defendant shall under no circumstances be transported to

Dr. Smallwood's office for the evaluation.  It is further,

ORDERED that the Defendant's evaluation shall be completed prior to the trial currently scheduled for March 2, 2009.  It is further,

ORDERED that the original Order of this Court, (Ct. R., Doc. 57), shall remain unchanged and in full force and effect.

SO ORDERED AND ADJUDGED, this the 28th day of January, 2009.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE